UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

SEP 20 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) No. | |
| vs. ) | |
| ) | **4:18CR778 HEA/JMB** |
| RONNIE HUDSON, ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 16, 2018, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**RONNIE HUDSON,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute more than 28 grams of Cocaine Base, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B)(iii).

### COUNT TWO

The Grand Jury further charges that:

On or about July 16, 2018, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**RONNIE HUDSON,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of Marijuana, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(D).

## COUNT THREE

The Grand Jury further charges that:

On or about July 16, 2018, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**RONNIE HUDSON,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute Cocaine Base, as charged in Count One, and possession with intent to distribute Marijuana, as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

The Grand Jury further charges that:

On or about July 16, 2018, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**RONNIE HUDSON,**

the Defendant herein, having previously been convicted of a felony offense punishable by imprisonment for a term exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, said firearm having traveled in interstate or foreign commerce during or prior to Defendant's possession of it.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney