IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CR778 HEA/JMB |
| | ) |
| RONNIE HUDSON | ) |
| | ) |
| Defendant. | ) |

**LEAVE TO FILE SEALED SENTENCING SUPPLEMENT**

Comes now Defendant RONNIE HUDSON, through his attorney, Michelle L. Monahan, Assistant Federal Public Defender, and requests leave to file Defendant's Medical Sentencing Supplement under seal. Said document contains privileged medical information.

Respectfully submitted,

/s/Michelle L. Monahan
MICHELLE L. MONAHAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Michelle_Monahan@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Allison Behrens, Assistant United States Attorney.

/s/Michelle L. Monahan
MICHELLE L. MONAHAN
Assistant Federal Public Defender